

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Richard Ritz,

Vs. No. 11-12-00037-CR

The State of Texas,

\* From the County Court at Law
No. 5 of Travis County,
Trial Court No. C-1-CR-11-212272.

\* January 31, 2014

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.